HULL, Circuit Judge,
concurring:
I concur in full in Judge Kravitch’s opinion except for footnote 3. I write separately to note that in his direct state appeal, Hunter’s counsel filed an Anders brief and did not raise any issue regarding the state trial court’s denial of any opportunity for closing argument and denial of counsel at a critical stage of the criminal proceeding. I also question whether Hunter’s state habeas petition raises the issue which we decide today, i.e., whether he was denied counsel altogether at a critical stage, as opposed to ineffective assistance of counsel. Thus, there is, at a minimum, an argument that Hunter has failed to exhaust these claims. However, the State has not argued failure to exhaust or procedural default in the district court or on appeal, and, thus, we are not required to address in this case whether Hunter’s claims are procedurally barred in this § 2254 action, and, if so, whether there exists the cause and prejudice required to overcome a procedural bar. Indeed, as the majority opinion points out, the issue, having been waived, is not presented for decision.